```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

NIRMAL LORICK,

                Defendant.

24 Cr. 340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for September 23, 2024, is rescheduled to **October 21, 2024**, at **11:00 a.m.**  Defendant's sentencing submission is due by **October 4, 2024**, and the Government's sentencing submission is due by **October 11, 2024.**

    SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge