```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

NIRMAL LORICK,

              Defendant.

24 Cr. 340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for October 21, 2024, is ADJOURNED to **November 7, 2024**, at **3:00 p.m.**

    SO ORDERED.

Dated: October 7, 2024
       New York, New York

ANALISA TORRES
United States District Judge