```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NIRMAL LORICK,

                        Defendant.

24 Cr. 340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The sentencing scheduled for November 7, 2024, is ADJOURNED to **November 12, 2024**, at **2:00 p.m.**

       SO ORDERED.

Dated: November 6, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge