UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

        -against-

NIRMAL LORICK,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2025
```

24 Cr. 340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Government's motion for an order directing third-party respondents Municipal Credit Union ("MCU") and the City of New York Deferred Compensation Plan ("NYCDCP") to turn over the full liquidated value of nonexempt property held in Defendant's accounts. ECF No. 42. Accordingly:

1. By **August 25, 2025**, Defendant shall respond.
2. By **August 29, 2025**, the Government shall file its reply, if any.

SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge