

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 29, 2025

**BY ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Nirmal Lorick*, No. 24-CR-0340 (AT)

Dear Judge Torres:

In relation to the pending Motion for Turnover Order, attached please find the victim's letter that the Government received from Lisa Bova-Hiatt, the Chief Executive Officer of the New York City Housing Authority.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   */s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Telephone No.: (212) 637-2711

cc: Eric Franz, Esq.