

**NEW YORK CITY HOUSING AUTHORITY**
90 CHURCH STREET • NEW YORK, NY 10007

TEL: (212) 306-3000 • nyc.gov/nycha

**LISA BOVA-HIATT**
CHIEF EXECUTIVE OFFICER

August 27, 2025

## VICTIM'S REQUEST
## TO ENFORCE RIGHT TO RESTITUTION

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re:    United States v. Nirmal Lorick, 1:24-cr-00340*

Dear Judge Torres:

I am the Chief Executive Officer of the New York City Housing Authority (NYCHA), a victim of the defendant's crime. I send this letter in support of the Government's efforts to collect restitution in the amount of $143,000, the loss amount that NYCHA incurred because of the defendant's crime. Pursuant to the Crime Victim Rights Act, NYCHA hereby asserts its rights to full and timely restitution from the defendant and collection proceedings free from unreasonable delay in this case.

Please note that NYCHA has already suffered the full amount of the loss imposed as restitution and has yet to be made whole. I request that you order restitution to be due and payable immediately because the law and the interests of justice require the victims of crime receive restitution in the shortest time in which full payment can reasonably be made. *See* 18 U.S.C. §§ 3572(d); 3664(f); 3771(a), (d). Enclosed is a Statement of Reasons describing how the defendant's crime has impacted NYCHA and why restitution should be collected from the defendant and paid to NYCHA, as victim, in this case now.

Please file this letter and the enclosed statement on the public docket.

Thank you for your consideration of this request.

Respectfully,

Lisa Bova-Hiatt

*/enc*

## VICTIM'S STATEMENT OF REASONS FOR
## <u>RIGHT TO RESTITUTION</u>

The New York City Housing Authority ("NYCHA") is the largest public housing authority in North America. NYCHA provides affordable homes to approximately 1 in 17 New Yorkers through its Section 9 public housing developments, and through the Section 8 and PACT/RAD programs.

In addition to providing housing for over 500,000 New Yorkers, NYCHA employs over 12,000 employees, each of whom NYCHA expects to uphold the public trust by putting residents' needs first.

Mr. Lorick has blatantly violated that trust by his criminal actions, which include accepting bribes of approximately $143,000 in exchange for certain contractors to receive no-bid contracts worth at least $1,335,000.

The damage done to NYCHA does not stop at the dollar value of the bribes the defendant has taken. NYCHA has had to expend considerable time and resources by implementing new procedures, hiring staff, and pulling resources from other areas of the Authority to deter such fraud and regain the public trust.

The defendant profited by abusing the public trust and defrauding NYCHA's residents, NYCHA's contractors, and NYCHA as a whole for personal gain. The defendant has non-exempt assets available to pay restitution now and allowing him to shelter these non-exempt assets and delay full restitution enables him to prioritize his self-interest over those he victimized. Restitution should be collected and paid now.

While the defendant may have financial difficulties, a victim should not be required to await full compensation for the harm caused by another's crime. Allowing a defendant to delay repayment when he can reasonably make repayments immediately not only deprives NYCHA of its right to a timely restitution but also undercuts the deterrent effect of the restitution order on potential future malfeasance.

For these reasons, NYCHA requests an order for immediate and full restitution.

_____
Lisa Bova-Hiatt
New York City Housing Authority
Chief Executive Officer