USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/19/2025

**LAW OFFICES OF ERIC FRANZ, P.L.L.C.**

November 17, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <i>United States v. Nirmal Lorick,</i> 24 Cr. 340 (AT)

Dear Judge Torres:

    I represent Mr. Nirmal Lorick in the above-referenced matter and submit this letter to respectfully request that the Court issue an Order authorizing Pretrial Services to return his passport to him.

    On February 6, 2024, Mr. Lorick was arrested in connection with the above referenced Indictment. One of the conditions of Mr. Lorick's pretrial release was that he surrender his passport to Pretrial Services, which he did. Since that time, Mr. Lorick's passport has been and, to this day, remains in the custody of Pretrial Services.

    Following his May 21, 2024 guilty plea to violating 18 U.S.C. §666(a)(1)(B), on November 12, 2024, the Court sentenced Mr. Lorick to one year of probation, with 1,000 hours of community service, and $142,000 in restitution to be paid in monthly installments of at least 5% of his gross monthly income. Mr. Lorick completed his community service and has been compliant with his restitution obligations.

    Mr. Lorick is no longer subject to supervision by Pretrial Services and has completed his one year term of Probation. Having completed his Court Ordered supervision, Mr. Lorick is no longer subject to any travel restrictions and thus we respectfully request that the Court issue an Order authorizing Pretrial Services to release and return Mr. Lorick's passport to him.

    I thank the Court for its consideration of this request.

Most Respectfully,

*Eric Franz*
Eric Franz

GRANTED. United States Pretrial Services is directed to return Defendant's passport. Pretrial Services may satisfy this request by returning Defendant's passport to him, or by returning Defendant's passport to counsel, Eric Franz.

SO ORDERED.

Dated: November 19, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge