USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/24/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NIRMAL LORICK,

Defendant.

24 Cr. 340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter requesting clarification of an erroneous docket text entry which set a briefing schedule in this action. The entry has now been deleted. The only pending deadlines in this action are those set forth in the Court's order at ECF No. 51. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 52.

SO ORDERED.

Dated: February 24, 2026
New York, New York

ANALISA TORRES
United States District Judge