USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/9/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

NIRMAL LORICK,

Defendant.

24 Cr. 340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the Government's motions for forfeiture of property and for modification of the payment schedule and entry of a turnover order. ECF Nos. 55, 57. Accordingly:

1. By **March 30, 2026**, Defendant shall file his response to both motions.
2. By **April 13, 2026**, the Government shall file its reply, if any.

SO ORDERED.

Dated: March 9, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge