USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

NIRMAL LORICK,

Defendant.

**CONSENT RESTRAINING ORDER**

**24 Cr. 340 (AT)**

Upon the application of JAY CLAYTON, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 853(g), to restrain assets that the Government has asserted are forfeitable pursuant to Title 18, United States, Section 853(p) in partial satisfaction of an outstanding Order of Forfeiture imposing a money judgment against NIRMAL LORICK (the "Defendant") in the amount of $142,000 in United States currency (Dkt. 55 (Government's Motion in Support of its Proposed Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Assets Motion"))),

**IT IS HEREBY ORDERED** that the Defendant and all attorneys, agents, and employees, and anyone acting on the behalf of Defendant, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that the Defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of Defendant, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, including any relevant financial institutions, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way

diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the Defendant, which property or other interests are subject to forfeiture. The property and other interests hereby restrained include, but are not limited to, the following:

   a. Any and all funds in a Hero Savings Account located at Municipal Credit Union held in the name of the Defendant; and

   b. Any and all funds and property in New York City Deferred Compensation 457 Plan, held in the name of the Defendant (a. and b., together, the "Subject Property").

**IT IS FURTHER ORDERED** that any financial institution holding any of the Subject Property must, upon notice of this Order, immediately terminate all transfers out of the those accounts included in the Subject Property and permit transfers *into* these accounts, until such time as notified by the Government in writing, and shall not release any of the Subject Property to anyone, including individuals or entities who would receive automatic withdrawals or charge-backs in the absence of this restraint.

**IT IS FURTHER ORDERED** that any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order: Assistant United States Attorney Jerry Fang, Telephone Number (212) 637-2584. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon written approval made by Assistant United States Attorney Fang.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the Defendant, the attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect pending a ruling from the Court on the Substitute Assets Motion; and

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the

Defendant or his attorney(s) by email or regular mail.

Dated:  March 11, 2026
New York, New York                  SO ORDERED:

THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE